# Exhibit "B"

Civil Action No. **16M 37691**

Date Filed **12/22/16**

Magistrate Court ☑
Superior Court ☐
State Court ☐

Georgia, **Gwinnett** County

Attorney's Address

**ADAM MIKEL ROSEMAN**
_____ Plaintiff

VS.

**ALLIED VAN LINES**
_____ Defendant

Name and Address of party to be served.

RA ~~Allied Van Lines~~ CORPORATION SERVICE COMPANY
40 TECHNOLOGY PKWY SOUTH 300
NORCROSS, GA 30092

_____ Garnishee

## Sheriff's Entry Of Service

**Personal** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☑ Served the defendant **Allied Van Lines** a corporation by leaving a copy of the within action and summons with **Alicia Smith R.A.** in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This **27** day of **Dec**, 20**16**.

11:37 am

Sheriff Docket _____ Page _____

_[Deputy signature]_ Deputy

Gwinnett County, Georgia

WHITE: Clerk    CANARY: Plaintiff / Attorney    PINK: Defendant

SC-2 Rev.3.13