# Exhibit "C"

IN THE MAGISTRATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| ADAM MIKEL ROSEMAN | |
| Plaintiff, | CIVIL ACTION<br>FILE NO. 16M37691 |
| v. | |
| ALLIED VAN LINES, | |
| Defendant. | |

## DEFENDANT ALLIED VAN LINES'
## NOTICE OF FILING REMOVAL

**TO:** **Clerk, Magistrate Court of Gwinnett County, State of Georgia.**

In compliance with 28 U.S. C. § 1446(d), you are hereby notified of the filing of a Notice of Removal by Defendant Allied Van Lines, Inc., improperly named as Allied Van Lines, in the above-styled civil action with the United States District Court for the Northern District of Georgia, Atlanta Division, a copy of which is attached hereto as Exhibit "1".

This 25 day of January, 2017.

_____
SCOTT W. MCMICKLE
Georgia Bar No. 497779
DAVID L. SCHWARTZ
Georgia Bar No. 406627
For the Firm
**Attorneys for Defendant**

MCMICKLE, KUREY & BRANCH, LLP
200 South Main Street
Alpharetta, Georgia  30009
Telephone:  (678) 824-7800
Facsimile:   (678) 824-7801
Email: swm@mkblawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served **Defendant Allied Van Lines' Notice of Filing Removal** on Plaintiff by placing a true and correct copy of this document in the United States Mail with sufficient postage thereon, and addressed to Plaintiff at:

Mr. Adam Mikel Roseman
900 Marseilles Drive
Atlanta, GA 30327

This 25 day of January, 2017.

_____
DAVID L. SCHWARTZ
Georgia Bar No. 406627
For the Firm
**Attorney for Defendant**

MCMICKLE, KUREY & BRANCH, LLP
200 South Main Street
Alpharetta, Georgia  30009
Telephone:  (678) 824-7800
Facsimile:   (678) 824-7801
Email: dschwartz@mkblawfirm.com