IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ADAM MIKEL ROSEMAN<br><br>　　　Plaintiff,<br><br>v.<br><br>ALLIED VAN LINES,<br><br>　　　Defendant. | CIVIL ACTION FILE<br>NO. 1:17-cv-00290-HMC |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiff ADAM MIKEL ROSEMAN ("Plaintiff") and Defendant ALLIED VAN LINES ("Defendant") in the above-styled case, by and through counsel, and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal of all claims asserted by Plaintiff against Defendant in the case <u>with prejudice</u>. Each party shall bear its own costs incurred in this case.

Respectfully submitted this 23rd day of July, 2017.

　　　　　　　　　　　　　　　　By: <u>/s/Zachary J. Kelehear</u>
　　　　　　　　　　　　　　　　ZACHARY J. KELEHEAR, ESQ.
　　　　　　　　　　　　　　　　Georgia Bar No. 925716
　　　　　　　　　　　　　　　　FINDLING LAW FIRM
　　　　　　　　　　　　　　　　One Securities Center
　　　　　　　　　　　　　　　　3490 Piedmont Road, Suite 600
　　　　　　　　　　　　　　　　Atlanta, GA 30305
　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

By: /s/ David L. Schwartz
    SCOTT W. McMICKLE, ESQ.
    Georgia Bar No. 497779
    DAVID L. SCHWARTZ, ESQ.
    Georgia Bar No. 406627
    MCMICKLE, KUREY & BRANCH, LLP
    200 South Main Street
    Alpharetta, GA  30009
    *Attorneys for Defendants*

    (*Signed and filed with counsel's express permission by Zachary J. Kelehear*)

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2017, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Scott W. McMickle
David L. Schwartz
McMickle, Kurey & Branch, LLP
200 South Main Street
Alpharetta, GA 30009

By: /s/Zachary J. Kelehear
Georgia Bar No. 925716
*Attorney for Plaintiff*
FINDLING LAW FIRM
One Securities Center
3490 Piedmont Road, Suite 600
Atlanta, GA 30305
*Attorney for Plaintiff*

THIS IS TO CERTIFY that, pursuant to LR 5.1B, N.D. Ga., the above document was prepared in Times New Roman, 14 pt.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ADAM MIKEL ROSEMAN

    Plaintiff,

v.

ALLIED VAN LINES,

    Defendant.

CIVIL ACTION FILE
NO. 1:17-cv-00290-HMC

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the parties' Stipulation of Dismissal with Prejudice, and the Court having reviewed the record and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that this civil action is dismissed with prejudice with each party to bear its own attorney's fees and costs. The Clerk of Court shall close this case.

DONE AND ORDERED, this _____ day of July, 2017.

_____
HON. J. CLAY FULLER, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT